**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC AUSTON KINTZER,<br><br>        Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. ED CV 16-0279 AS<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.

Dated: October 3, 2016

                                                        _____/s/_____
                                                             ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE